## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| FERNANDO ROMERO, *individually and on behalf of others similarly situated*,<br><br>*Plaintiff,*<br><br>-against-<br><br>94-10 REALTY, LLC and PATRICK WALSH,<br><br>*Defendants.* | Index No. 16-cv-5882<br><br>**MOTION TO WITHDRAW AS COUNSEL** |

    Sara Isaacson, Esq., the undersigned counsel, respectfully moves to withdraw as counsel for Plaintiff in the above-captioned matter, as she has decided to leave the firm and therefore her last day with the law firm of Michael Faillace & Associates, P.C. is Tuesday, February 19, 2019.

    Michael Faillace & Associates, P.C. will continue to represent the Plaintiff in this matter, and no party will be prejudiced if this Motion is granted.

    WHEREFORE, undersigned counsel respectfully requests that this Court permit Sara Isaacson to withdraw as counsel for the Plaintiff in this matter.

Dated: New York, New York  
       February 18, 2019

Respectfully submitted,

*/s/ Sara Isaacson*  
Sara Isaacson, Esq.  
Michael Faillace & Associates, P.C.  
60 East 42nd Street, Suite 4510  
New York, New York 10165  
*Attorneys for Plaintiff*